**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**COMMUNICATIONS CENTER, INC.,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　Case No. 6:05-cv-1254-Orl-31JGG

**TAKAKO KOMATSU and DAVID**
**PRATHER,**

      **Defendants.**
_____

## ORDER

Defendants, Takado Komatsu and David Prather, have filed an Amended Counterclaim (Doc. 23) which Plaintiff seeks to dismiss (Doc. 26).[1] The gist of Defendants' Counterclaim (as best the Court can discern) is that Plaintiff and its counsel have engaged in improper communication concerning Defendants' "cooperation" in another proceeding. The relief sough by Defendants includes sanctions against Plaintiff's counsel and an injunction prohibiting further harassment by Plaintiff.

Defendants' Counterclaim does not comply with Fed. R. Civ. P. 8 and fails to state any cognizable claim upon which relief can be granted. The Counterclaim is, therefore, subject to dismissal under Fed. R. Civ. P. 12(b)(6). Defendants will be given an opportunity to replead. However, if they choose to do so, their second amended counterclaim must set forth a plain

---

[1] Defendants responded to the Motion at Doc. 30.

statement of their claim(s) showing that Defendants are entitled to relief. Defendants are admonished to carefully consider Rule 11(b) as well. Accordingly, it is

**ORDERED** that Plaintiff's Motion is GRANTED. Defendants' Amended Counterclaim is DISMISSED, without prejudice. Defendants shall have 20 days from the date of this Order to file a second amended counterclaim consistent with this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 14, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party