**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**COMMUNICATIONS CENTER, INC.,**

      **Plaintiff,**

**-vs-**         Case No.  **6:05-cv-1254-Orl-31JGG**

**TAKAKO KOMATSU and DAVID PRATHER,**

      **Defendants.**
_____

## ORDER

Upon consideration of the Stipulation to Continue Mediation Deadline and Dispositive Motions Deadline (Doc. 37), and the parties' indications that they have reached an agreement that will resolve this litigation in its entirety and that they are attempting to finalize the terms of the settlement, it is

**ORDERED** that the Stipulation (construed as a motion) is GRANTED.  The mediation and dispositive motions deadlines are extended to October 2, 2006.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 29, 2006.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party