### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**COMMUNICATIONS CENTER, INC.,**

        **Plaintiff,**

-vs-                              **Case No.  6:05-cv-1254-Orl-31JGG**

**TAKAKO KOMATSU and DAVID
PRATHER,**

        **Defendants.**

_____

## ORDER

Upon consideration of the Stipulation and Joint Motion for Stay of Proceedings (Doc. 41), it is

**ORDERED** that the Motion is DENIED.  The Court will not stay these proceedings based upon a confidential settlement agreement.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 3, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party