**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**COMMUNICATIONS CENTER, INC.,**

        **Plaintiff,**

-vs-                                      **Case No. 6:05-cv-1254-Orl-31JGG**

**TAKAKO KOMATSU and DAVID PRATHER,**

        **Defendants.**
_____

## ORDER

The parties have filed a status report and Motion for Stay of Proceedings (Doc. 44) based on a settlement agreement attached to the Motion as Exhibit 1. The Court declines to stay this action. However, pursuant to the Settlement Agreement, it is

**ORDERED** that the Settlement Agreement is approved and the parties are directed to abide by its terms. The Motion to Stay is DENIED, and the case is DISMISSED, with prejudice. The court retains jurisdiction to enforce the terms of the Settlement Agreement. This case is removed from the February 2007 trial docket and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 25, 2006.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party