**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**COMMUNICATIONS CENTER, INC.,**

        **Plaintiff,**

-vs-                                         **Case No. 6:05-cv-1254-Orl-31UAM**

**TAKAKO KOMATSU and DAVID**
**PRATHER,**

        **Defendants.**

_____

## ORDER

This matter comes before the Court on the Response in Opposition to Motion to Substitute (Doc. 60) filed by the Defendants. The Defendants assert that Plaintiff's previous attorney was "extremely helpful in helping Defendants understand the case" and complain that Plaintiff's new counsel has served discovery requests for information that they have already provided. Neither of these points is a legitimate basis for objecting to the opposing party's substitution of counsel. In addition, the Court already granted the Plaintiff's motion. (Doc. 57) If the Defendants believe that the discovery request is improper, they should file a motion for a protective order.

In consideration of the foregoing, it is hereby **ORDERED AND ADJUDGED** that the Response in Opposition to Motion to Substitute (Doc. 60) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 8, 2007.

                                                                   GREGORY A. PRESNELL
                                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party