**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**COMMUNICATIONS CENTER, INC.,**

      **Plaintiff,**

-vs-                                                  **Case No.  6:05-cv-1254-Orl-31UAM**

**TAKAKO KOMATSU and DAVID PRATHER,**

      **Defendants.**

_____

## ORDER

On September 28, 2007, United States Magistrate Judge Dietrich issued a report (Doc. No. 71) recommending that Plaintiff's Motion for Contempt (Doc. 62) be granted in part and denied in part. Just prior thereto, Plaintiff filed a renewed Motion to Hold Takako Komatsu in Contempt (Doc. 70). There has been no response to the renewed Motion and no objections have been filed to the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.     That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.     That the Motion to Hold Defendants in Contempt is GRANTED in part, and Defendants are ordered to pay Plaintiff $325.00 in attorney's fees within 10 days from the date of this Order. This obligation is joint and several.

3.     Plaintiff's Renewed Motion (Doc. 70) is GRANTED.

3.     Defendant, Takako Komatsu is hereby held in civil contempt for failure to comply with the Orders of this Court. As a sanction for said contempt, Komatsu is hereby fined the sum

of $500.00, payable to the Clerk of the Court within 10 days from the date of this Order. Furthermore, Komatsu is **ORDERED** to appear for her deposition at the office of Plaintiff's counsel at 10:00 A.M. on October 29, 2007. If she fails to appear, the Court will issue a warrant for her arrest without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 16th day of October, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party