**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**COMMUNICATIONS CENTER, INC.,**

    **Plaintiff,**

-vs-              Case No. 6:05-cv-1254-Orl-31UAM

**TAKAKO KOMATSU and DAVID PRATHER,**

    **Defendants.**

_____

# ORDER

  This matter comes before the Court on the Motion requesting payment plan (Doc. 74) filed by Defendant Takako Komatsu ("Komatsu"). To the extent the motion sought to reschedule a deposition from October 29th to November 6th, it is **DENIED AS MOOT**. To the extent the motion sought to establish a payment plan for Komatsu to satisfy her $500 obligation to this Court, the motion is **GRANTED**. Komatsu shall make monthly payments to the Clerk of the Court in the amount of $25 until the $500 obligation is fulfilled. The first payment is due January 15th, and each succeeding payment will be due on the 15th of each month thereafter.

  **DONE** and **ORDERED** in Chambers, Orlando, Florida on December 18, 2007.

                   GREGORY A. PRESNELL
                   UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Party