**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**COMMUNICATIONS CENTER, INC.,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　Case No.  6:05-cv-1254-Orl-31UAM

**TAKAKO KOMATSU and DAVID PRATHER,**

        **Defendants.**

_____

## ORDER

This cause comes before the Court on Renewed Motion for Continuing Writ of Garnishment after Judgment (Doc. No. 76) filed November 29, 2007.

On December 14, 2007, the United States Magistrate Judge issued a report (Doc. No. 77) recommending that the motion be granted in part and denied in part. No objections have been filed.  Therefore, it is **ORDERED** as follows:

1.　　The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.　　The Renewed Motion for Continuing Writ of Garnishment after Judgment is GRANTED in part and DENIED in part.  The writ shall issue in the total amount of $12,756.22.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 8th day of January, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE