# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**COMMUNICATIONS CENTER, INC.,**

        **Plaintiff,**

**-vs-**                                 **Case No.  6:05-cv-1254-Orl-31UAM**

**TAKAKO KOMATSU and DAVID
PRATHER,**

        **Defendants.**

_____

## ORDER

This matter comes before the Court on the Amended Motion for Judgment on the Pleadings and Entry of Final Judgment of Continuing Writ of Garnishment (Doc. 88).  As was the case with the original motion (Doc. 85), which was denied on March 13, 2008 (Doc. 86), the instant motion seeks entry of a writ of garnishment rather than judgment on the pleadings.  As such, it is subject to the requirements of Local Rule 3.01(g), which have not been fulfilled.  In addition, the Plaintiff asserts that the judgment debtor, David Prather, has not claimed any exemption, but Prather filed such a claim of exemption on March 24, 2008.  (Doc. 87).  Any further efforts to obtain a writ of garnishment must address the issue of this claim of exemption.

In consideration of the foregoing, it is hereby **ORDERED** that the Amended Motion for

Judgment on the Pleadings and Entry of Final Judgment of Continuing Writ of Garnishment (Doc.

88) is **DENIED WITHOUT PREJUDICE** for failure to comply with Local Rule 3.01(g).

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on April 7, 2008.

                                              GREGORY A. PRESNELL
                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party