**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**COMMUNICATIONS CENTER, INC.,**

    **Plaintiff,**

-vs-                                      Case No. 6:05-cv-1254-Orl-31GJK

**TAKAKO KOMATSU and DAVID PRATHER,**

    **Defendants.**

_____

## ORDER

This cause comes before the Court on Plaintiff's Motion to Continue Writ of Garnishment after Judgment (Doc. No. 96) filed June 5, 2008.

On June 9, 2008, the United States Magistrate Judge issued a report (Doc. No. 97) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion to Continue Writ of Garnishment after Judgment is GRANTED. The writ shall issue in the total amount of $13,082.13.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 27th day of June, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE