# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**COMMUNICATIONS CENTER, INC.,**

      **Plaintiff,**

-vs-                                            Case No. 6:05-cv-1254-Orl-31GJK

**TAKAKO KOMATSU and DAVID PRATHER,**

      **Defendants.**

_____

## ORDER

This cause comes before the Court on Amended Motion for Entry of Final Judgment pursuant to continuing Writs of Garnishment (Doc. No. 105) filed October 24, 2008.

On February 13, 2009, the United States Magistrate Judge issued a report (Doc. No. 109) recommending that the motion be denied and the writs be dissolved. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Amended Motion for Entry of Final Judgment pursuant to continuing Writs of Garnishment is **DENIED**. The writs are hereby dissolved. The clerk is directed to provide two certified copies to counsel for the Plaintiff for service upon garnishees.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 9th day of March, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE